IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAYVON WALKER,**
    Plaintiff,

v.                                                         Civil Action No. **3:21CV407**

**SERGEANT WOODS,**
    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on August 4, 2021, the Court conditionally docketed the plaintiff's action. (ECF No. 7.) At that time, the Court warned the plaintiff that he must keep the Court informed as to his current address. (*Id.*) On October 12, 2021, the United States Postal Service returned a September 30, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER" and Not at Jail." (ECF No. 8.) Since that date, the plaintiff has not contacted the Court to provide a current address. The plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                         /s/
                                           John A. Gibney, Jr.
                                           United States District Judge

Date: 21 October 2021
Richmond, Virginia